ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:25-MJ-00091-BAM |
|---|---|
| Plaintiff, | MOTION TO UNSEAL CASE |
| v. | |
| BRIAN STAN HINDMAN, | |
| Defendant. | |

   The government moves the Court to unseal the Complaint and all other filings in this case. The defendant has been arrested and will be making an initial appearance in this Court shortly. Therefore, the case should be unsealed to advise the defendant of the charges.

Dated: August 27, 2025                              ERIC GRANT
                                                    United States Attorney

                                                    */s/ Joseph Barton*
                                                    Joseph Barton
                                                    Assistant United States Attorney

ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN STAN HINDMAN,<br><br>Defendant. | CASE NO. 1:25-MJ-00091-BAM<br><br>ORDER TO UNSEAL CASE |

Good cause appearing due to the defendant's pending initial appearance in this case, it is ordered that the Complaint and all other filings in the case be unsealed.

IT IS SO ORDERED.

Dated: __**August 27, 2025**__      /s/ *Barbara A. McAuliffe*
                                                                   UNITED STATES MAGISTRATE JUDGE