ERIC GRANT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:25-MJ-00091-BAM |
|---|---|
| Plaintiff, | |
| v. | AMENDED STIPULATION TO CONTINUE PRELIMINARY HEARINGS AND EXCLUDE TIME |
| BRIAN STAN HINDMAN, | |
| Defendant. | |

The parties stipulate as follows:

1. The defendant, Brian Stan Hindman, was arrested on a complaint and made his initial appearance in this case on August 27, 2025. On that date, his preliminary hearing was scheduled for September 10, 2025.

2. Following a detention hearing held on August 29, 2025, Mr. Hindman was ordered detained and the Court found good cause to continue the preliminary hearing until October 14, 2025, based on the parties representation that they were in negotiations to resolve the matter.

3. At this time, the parties remain in negotiations to resolve the matter. However, given counsel's respective workloads, as well as the restrictions imposed during the current government shutdown, the parties require additional time to formalize the resolution. Accordingly, the parties are requesting that the preliminary hearing currently scheduled for October 14, 2025, be continued to

October 28, 2025, to allow for the matter to be resolved.

4. Pursuant to Federal Rule of Criminal Procedure 5.1, Mr. Hindman consents to hold the preliminary examination outside of the time set forth in the federal rules and the parties agree that good cause exists to do so in this case

5. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties also agree that the period from October 1, 2025, through October 28, 2025, should be excluded. *See* Fed. R. Crim. P. 5.1(d); 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated: October 1, 2025

ERIC GRANT
United States Attorney

*/s/ Arelis M. Clemente*
Arelis M. Clemente
Assistant United States Attorney

Dated: October 1, 2025

*/s/ Kara R. Ottervanger*
_____
Kara R. Ottervanger
Counsel for Alvaro Diaz-Gonzalez

ERIC GRANT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:25-MJ-00091-BAM |
| Plaintiff, | |
| v. | ORDER TO CONTINUE PRELIMINARY HEARINGS AND EXCLUDE TIME |
| BRIAN STAN HINDMAN, | |
| Defendant. | |

The Court has read and considered the parties' stipulation to continue the preliminary hearing in this case and exclude time. The Court finds there is good cause for the continuance so as to allow defense counsel reasonable time to complete her review of the discovery, prepare for any litigation, and fully consider a pre-indictment resolution. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial. Therefore, for good cause shown:

    1.    The preliminary hearing is continued from October 14, 2025, until October 28, 2025; and

\\\

\\\

\\\

2. The period from October 1, 2025, through October 28, 2025, shall be excluded pursuant to Federal Rule of Criminal Procedure 5.1(d) and 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **October 2, 2025**              /s/ *Erica P. Grosjean*
                                          UNITED STATES MAGISTRATE JUDGE